FILED 13 DEC '22 16:47 USDC-ORP

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:22-cr-430-HZ |
| v. | INDICTMENT |
| ERIKA CHISTIE SALAS, | 21 U.S.C. § 841(a)(1) and 841(b)(1)(A) |
| Defendant. | Forfeiture Allegation |

THE GRAND JURY CHARGES:

### COUNT 1
**(Possession with the Intent to Distribute Cocaine)**
**(21 U.S.C. § 841(a)(1) and 841(b)(1)(A))**

On or about November 22, 2022, within the District of Oregon, defendant **ERIKA CHISTIE SALAS** did knowingly and intentionally possess with the intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(ii).

### FORFEITURE ALLEGATION
**(Controlled Substance Offense)**

Upon conviction of the offense in Count 1, defendant **ERIKA CHISTIE SALAS** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violation and any

**Indictment**      **Page 1**
Revised April 2018

property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation.

Dated: December 13th, 2022.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

_____
SCOTT M. KERIN, OSB # 965128
Assistant United States Attorney